# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALBERT MOSLEY, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 22-0133-WS-MU |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, etc., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The parties have notified the Court that this action has settled. (Doc. 110). Accordingly, this action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate the action within thirty days from the date of entry of this order if the settlement agreement documentation is not consummated.[1]

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Rule 58.

DONE and ORDERED this 6th day of June, 2023.

                                    s/ WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE

---

[1] The parties request a period of 60 days to reduce their agreement to a signed writing but offer no reason such an extraordinarily long amount of time is required.